ACCEPTED
03-14-00515-CV
4682491
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/27/2015 7:21:42 PM
JEFFREY D. KYLE
CLERK

# No. 03-14-00515-CV

### Tr Ct No. D-1-GN-14-001581

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/27/2015 7:21:42 PM
JEFFREY D. KYLE
Clerk

### IN THE COURT OF APPEALS
### FOR THE THIRD DISTRICT OF TEXAS

## Salvatore Magaraci and Estate Protection Planning Corporation, *appellants*

### v.

## Eduardo S. Espinosa in his Capacity as Receiver of Retirement Value, LLC, *appellee*

## MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANTS' BRIEF

TO THE THIRD COURT OF APPEALS:

Appellants, Salvatore Magaraci and Estate Protection Planning Corporation, file this motion for extension of time to file Appellants' Brief under Rules 10.1, 10.5(b), and 38.6(d) of the Texas Rule of Appellate Procedure, and requests the Court to extend the deadline for filing the appellants' brief from March 11, 2015 until March 27, 2015. In support of this motion appellants show:

1

I.

This is an appeal from the final judgment after a partial summary judgment and bench trial in a receivership proceeding. Appellants' Brief was filed today.

II.

This is appellants' first request for an extension of time to file Appellants' Brief.

III.

The undersigned Timothy Hootman, underestimated the complexity of the record and the time necessary to complete the brief, and therefore requests the additional 16 days. The Appellants' Brief has been filed contemporaneously with this motion.

WHEREFORE, appellants, Salvatore Magaraci and Estate Protection Planning Corporation, pray that this motion be granted and that the Court extend the time to file Appellants' Brief from to March 11, 2015, until March 27, 2015.

Respectfully submitted,

/s/Timothy A. Hootman
Timothy A. Hootman, SBN 09965450
2402 Pease St
Houston, TX 77003
713.247.9548; 713.583.9523 (f)
E-mail: thootman2000@yahoo.com

ATTORNEYS FOR APPELLANTS

2

## CERTIFICATE OF SERVICE

I hereby certify that, in accordance with Rule 9.5 of the Texas Rules of Appellate Procedure, I have served the forgoing document upon the following attorneys by personal mail, commercial delivery service, fax, or electronic service:

> John W. Thomas
> GEORGE, BROTHERS, KINCAID & HORTON, LLP
> 114 West 7th St, Ste 1100
> Austin, TX 78701

Dated: March 27, 2015.

/s/Timothy A. Hootman
Timothy A. Hootman


## CERTIFICATE OF CONFERENCE

The undersigned has attempted to communicate with appellees lawyers by email and has not yet received confirmation as to whether they are opposed.  A supplemental certificate will be filed upon confirmation.

/s/ Timothy A. Hootman
TIMOTHY A. HOOTMAN